**Deny and Opinion Filed August 30, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-21-00730-CV**
_____

**IN RE LANDELL SHECKLES, Relator**

**Original Proceeding from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-21-08491**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Goldstein
Opinion by Justice Goldstein

In his August 25, 2021 petition for writ of mandamus, relator challenges the trial court's failure to comply with relator's request to rule on his motion for default judgment in his original petition for divorce. Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that he lacks an adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Based on our review of the petition, we conclude that relator has failed to demonstrate a clear abuse of discretion. Accordingly, we deny the petition for writ of mandamus.

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

210730F.P05